## STATEMENT OF FACTS

From December 2022 to the present, Homeland Security Investigations ("HSI") has been conducting a joint investigation with the Washington D.C. Metropolitan Police Department ("MPD") and the U.S. Postal Inspection Service ("USPIS") into a narcotics distribution point located at and around the 100 block of Yuma Street Southeast, Washington D.C. (hereinafter, the "YUMA BLOCK"). 144 Yuma Street Southeast is a property that includes an abandoned house as well as a shed in the back yard (hereinafter, the "YUMA SHED"). The investigation identified both the YUMA SHED and the YUMA BLOCK as a singular narcotics distribution point, wherein the narcotics dealers would typically congregate behind the YUMA SHED while also walking out onto the street on the YUMA BLOCK to conduct drug sales. As part of the investigation, law enforcement installed a pole camera on Yuma Street Southeast with a view of the YUMA BLOCK (hereinafter, the "YUMA BLOCK POLE CAMERA") as well as a pole camera in the rear of the YUMA SHED (hereinafter, the "YUMA SHED POLE CAMERA"). The YUMA BLOCK and the YUMA SHED are located within 1,000 feet of Paramount Child Development Center Prep School.

Through an investigation that included numerous controlled purchases of fentanyl by an undercover officer, law enforcement identified numerous individuals as members of a criminal conspiracy to distribute fentanyl on the YUMA BLOCK. In a 10-count indictment filed in 23-cr-419-CJN on November 30, 2023, a grand jury charged four such individuals – Alphonso MURRAY ("A. MURRAY"), Kevin PENN, Marquette MURRAY ("M. MURRAY"), and Christian SIMMS – with charges including Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of Fentanyl Mixture, 10 Grams or More of Fentanyl Analogue Mixture, and a Mixture and Substance Containing a Detectable Amount of Cocaine Base, as well as one or more related Unlawful Distribution counts, arising from drug transactions on the YUMA BLOCK.

Through the aforementioned investigation, the government has established **Leonard Darnell SHORT** and **James MARTIN** as additional members of the criminal conspiracy to distribute fentanyl on the YUMA BLOCK.

### *Leonard Darnell Short*

On August 9, 2023, an HSI UC arrived at the YUMA BLOCK and walked to the rear of the YUMA SHED where the UC engaged in conversation with **SHORT** and previously indicted coconspirator A. MURRAY. **SHORT** asked the UC what they wanted, and the UC stated they wanted "60" (bags of fentanyl). **SHORT** then made a phone call and informed the recipient of the call, believed to be M. MURRAY for reasons detailed below, that someone wanted 60 bags. After **SHORT** ended the phone call, he indicated to the UC that the individual he had called would arrive soon. **SHORT** and A. MURRAY asked for the UC's phone number, which **SHORT** then dialed from a specific phone number ("PHONE NUMBER 1"), confirming to the UC by stating "that's me calling" as the UC's phone rang.

Shortly after **SHORT's** phone call detailed above, M. MURRAY arrived behind the rear of the YUMA SHED and the UC explained to him how many bags they wanted to buy. The UC asked if M. MURRAY had a scale and **SHORT** replied that he did. M. MURRAY, with the assistance of **SHORT**, proceeded to weigh out approximately 9.03 grams of fentanyl that they then provided to the UC. The specific area on the YUMA BLOCK where **SHORT** and M. Murray sold the UC fentanyl was located within 1,000 feet of Paramount Child Development Center Prep School.

*James Martin*

On June 24, 2023, MPD officers walked behind the YUMA SHED where they encountered **MARTIN**. During the consensual encounter, **MARTIN** was recorded via MPD body worn cameras as he identified himself as James **MARTIN**. Over the course of the investigation, agents observed **MARTIN** on the pole cameras on numerous occasions, including in the direct presence of suspected fentanyl.

On March 20, 2023, **MARTIN** was observed conducting a suspected hand-to-hand purchase of fentanyl on the YUMA BLOCK:



March 20th, 2023, **MARTIN** conducts a suspected hand-to-hand purchase of fentanyl from previously indicted defendant Ahmad ROBERTSON[1] on the YUMA BLOCK.

On June 28, 2023, agents monitored pole camera and observed A. MURRAY, Marquette MURRAY, and James **MARTIN**, along with additional known and unknown co-conspirators behind the YUMA SHED. Many of these identified and unidentified co-conspirators engaged in hand-to-hand transactions of suspected fentanyl and other suspected illicit activity. Agents observed **MARTIN** interacting and associating with different narcotic distributors behind the YUMA SHED throughout the day:

---

[1] Robertson was indicted on counts including Unlawful Possession with Intent to Distribute Fentanyl in 23-cr-211-CJN. Robertson pled guilty to Possession of a Firearm in Furtherance of a Drug Trafficking Crime and is pending sentencing.



June 28, 2023: James **MARTIN** behind the YUMA SHED

That same date, the YUMA SHED POLE CAMERA captured **MARTIN** in the vicinity of the transaction when HSI UC-1 traveled to the YUMA BLOCK to conduct a controlled purchase of approximately 4.379 grams of fentanyl and .867 grams of cocaine.

On June 30, 2023, agents repeatedly observed **MARTIN** behind the YUMA SHED in the direct presence of white powdery substances suspected to be fentanyl, including while interacting with known and unknown coconspirators:



June 30, 2023: Agents observe **MARTIN** behind the YUMA SHED and in the direct presence of suspected fentanyl.



June 30, 2023: Agents observe **MARTIN** behind the YUMA SHED and in the direct presence of suspected fentanyl.

On November 15, 2023, agents observed **MARTIN** with A. MURRAY, Kevin PENN, and Christian SIMMS behind the YUMA SHED via the YUMA SHED POLE CAMERA. **MARTIN** was observed assisting with the packaging of fentanyl behind the YUMA SHED, on the same table where agents had previously observed A. MURRAY, PENN, and SIMMS using as a workstation to weigh, package, and distribute fentanyl.



November 15, 2023: **MARTIN** sitting at a table with PENN and packaging suspected fentanyl. MARTIN is observed wearing the same vest from the March 20th, 2023, pole camera footage (see below).

Based on the above stated facts, your affiant submits that probable cause exists that Leonard Darnell **SHORT** and James **MARTIN** have violated 21 U.S.C. §§ 846, 841(a)(l) and 841(b)(l)(C) (Conspiracy to Possess with Intent to Distribute a Detectable Amount of Fentanyl). Further, there is probable cause to believe that **SHORT** additionally violated 21 U.S.C. §§ 860, 841(a)(l) and 841(b)(l)(C) (Unlawful Possession with Intent to Distribute Fentanyl within 1,000 feet of a school and/or playground).

Your affiant has not provided every fact known to him during the investigation, but facts sufficient to establish probable cause.

_____
SPECIAL AGENT BRETT LEMBKE
HOMELAND SECURITY INVESTIGATIONS

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of January, 2024.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE